1  Darolyn Y. Hamada (SBN: 192334)
   dhamada@shb.com
2  Natasha L. Mosley (SBN: 246352)
   nmosley@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   5 Park Plaza, Suite 1600
4  Irvine, California  92614-2546
   Telephone:  949.475.1500
5  Facsimile:   949.475.0016

6
   Attorneys for Defendant Boston Scientific Corporation
7

8              UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT

10

11 PAMELA COLEMAN, an individual,     )  Case No. 1:10-CV-01968-OWW-SKO
   MARY BOWER, an individual, and     )
12 KATHLEEN PAISON, an individual,    )  Hon. Oliver W. Wanger
                                      )
13            Plaintiffs,             )  **STIPULATION AND JOINT
                                      )  REQUEST TO CONTINUE
14       vs.                          )  SCHEDULING CONFERENCE
                                      )  AND ORDER**
15 BOSTON SCIENTIFIC                  )
   CORPORATION, a Massachusetts       )
16 corporation, and DOE               )  Complaint filed:  10/20/2010
   MANUFACTURERS one through one      )  **Trial Date:  None set**
17 hundred.                           )
                                      )
18            Defendants.             )
                                      )
19                                    )
                                      )
20

21

22 TO THE COURT AND ALL ATTORNEYS OF RECORD:

23       Plaintiffs Pamela Coleman, Mary Bower, and Kathleen Paison and Defendant

24 Boston Scientific Corporation ("BSC"), by and through their counsel of record,

25 stipulate to and jointly request a continuance of the Scheduling Conference based on

26 the following:

27       1.    The Court scheduled a Scheduling Conference for April 6, 2011.  (*See*

28 Court's October 21, 2010 Order, Doc. No. 6.)

---

STIPULATION AND JOINT REQUEST TO CONTINUE
SCHEDULING CONFERENCE AND ORDER

88666 V1

PDF created with pdfFactory trial version www.pdffactory.com

2. BSC was served with the complaint on or about December 29, 2010.

3. On February 16, 2011, BSC moved to dismiss this action, or in the alternative, to dismiss certain plaintiffs.  (*See* Doc. No. 9.)  Defendant's motion is scheduled to be heard in this Court on April 11, 2011 at 10:00 a.m.

4. All parties have agreed and respectfully request that the Scheduling Conference be continued to April 20, 2011, or to a date preferred by this Court, in order for Defendants' Motion to Dismiss and Plaintiffs' Opposition thereto to be considered.

5. There is good cause to continue the scheduling conference until after the Court issues a ruling on BSC's motion to dismiss.

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the Scheduling Conference currently set for April 6, 2011 be continued to April 20, 2011, or a date more convenient for the Court.

Dated:  March 30, 2011			Respectfully Submitted,

						SHOOK, HARDY & BACON L.L.P.


						By:_____/s/ Natasha L. Mosley_____
						       Darolyn Y. Hamada
						       Natasha L. Mosley
						       Attorneys for Defendant
						       Boston Scientific Corporation


Dated:  March 30, 2011			GIARDI KEESE


						By:_____/s/Amanda Kent_____
						       (authorized on March 30, 2011)
						       Thomas V. Girardi
						       Amy F. Solomon
						       Michael Kowsari
						       Amanda Kent
						       Attorneys for Plaintiffs

2

STIPULATION AND JOINT REQUEST TO CONTINUE
SCHEDULING CONFERENCE AND ORDER

88666 V1

PDF created with pdfFactory trial version www.pdffactory.com

The Scheduling Conference scheduled for April 6, 2011 is hereby continued to April 20, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 31, 2011                     /s/ OLIVER W. WANGER
                                          United States District Judge

3

STIPULATION AND JOINT REQUEST TO CONTINUE
SCHEDULING CONFERENCE AND ORDER

88666 V1

PDF created with pdfFactory trial version www.pdffactory.com