Darolyn Y. Hamada (SBN: 192334)
dhamada@shb.com
Natasha L. Mosley (SBN: 246352)
nmosley@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949.475.1500
Facsimile: 949.475.0016

Attorneys for Defendant Boston Scientific Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| PAMELA COLEMAN, an individual, | Case No. 1:10-CV-01968-OWW-SKO |
| Plaintiff, | Judge: Hon. Oliver W. Wanger<br>Dept.: 3 |
| vs. | **STIPULATION AND JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE AND ORDER** |
| BOSTON SCIENTIFIC CORPORATION, a Massachusetts corporation, and DOE MANUFACTURERS one through one hundred, | |
| Defendants. | Complaint filed: 10/20/2010<br>**Trial Date: None set** |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

Plaintiff Pamela Coleman and Defendant Boston Scientific Corporation ("BSC"), by and through their counsel of record, stipulate to and jointly request a continuance of the Scheduling Conference based on the following:

1. The Court scheduled a Scheduling Conference for July 22, 2011. (*See* Court's April 12, 2011 Minute Order, Doc. No. 26.)

2. BSC was served with the first amended complaint on or about June 17, 2011.

3. On July 7, 2011, BSC moved to dismiss this action. (*See* Doc. No. 34.) Defendant's motion is scheduled to be heard in this Court on August 15, 2011 at 10:00 a.m.

4. All parties have agreed and respectfully request that the Scheduling Conference be continued to August 26, 2011, or to a date preferred by this Court, in order for Defendants' Motion to Dismiss and Plaintiffs' Opposition thereto to be considered.

5. There is good cause to continue the scheduling conference until after the Court issues a ruling on BSC's motion to dismiss.

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the Scheduling Conference currently set for July 22, 2011, be continued to August 26, 2011, or a date more convenient for the Court.

Dated:  July 11, 2011                                    Respectfully Submitted,

                                                        SHOOK, HARDY & BACON L.L.P.


                                                        By:        /s/ Natasha L. Mosley
                                                              Darolyn Y. Hamada
                                                              Natasha L. Mosley
                                                              Attorneys for Defendant
                                                              Boston Scientific Corporation


Dated:  July 11, 2011                                    GIARDI KEESE


                                                        By:        /s/Amanda Kent
                                                              (authorized on July 11, 2011)
                                                              Thomas V. Girardi
                                                              Amy F. Solomon
                                                              Michael Kowsari
                                                              Amanda Kent
                                                              Attorneys for Plaintiff

2

1 | The Scheduling Conference scheduled for July 22, 2011, is hereby continued to August 26, 2011.

IT IS SO ORDERED.

Dated:   **July 11, 2011**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE