1  Darolyn Y. Hamada (SBN:  192334)
   dhamada@shb.com
2  Natasha L. Mosley (SBN:  246352)
   nmosley@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   5 Park Plaza, Suite 1600
4  Irvine, California  92614-2546
   Telephone:  949.475.1500
5  Facsimile:   949.475.0016

6  Attorneys for Defendant Boston Scientific Corporation

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT

10

11 PAMELA COLEMAN, an individual,    )   Case No. 1:10-CV-01968-OWW-SKO
                                     )
12            Plaintiff,             )   Judge:  Hon. Oliver W. Wanger
                                     )   Dept.:  3
13       vs.                         )
                                     )   **STIPULATION AND JOINT**
14 BOSTON SCIENTIFIC                 )   **REQUEST TO CONTINUE**
   CORPORATION, a Massachusetts      )   **SCHEDULING CONFERENCE**
15 corporation, and DOE              )   **AND ORDER**
   MANUFACTURERS one through one     )
16 hundred,                          )
                                     )   Complaint filed:  10/20/2010
17            Defendants.            )   **Trial Date:  None set**
                                     )
18                                   )
                                     )
19                                   )
                                     )
20 _____)

21 TO THE COURT AND ALL ATTORNEYS OF RECORD:

22       Plaintiff Pamela Coleman and Defendant Boston Scientific Corporation

23 ("BSC"), by and through their counsel of record, stipulate to and jointly request a

24 continuance of the Scheduling Conference based on the following:

25       1.   The Court scheduled a Scheduling Conference for July 22, 2011.  (*See*

26 Court's April 12, 2011 Minute Order, Doc. No. 26.)

27       2.   BSC was served with the first amended complaint on or about June 17,

28 2011.

98474 V1

3.     On July 7, 2011, BSC moved to dismiss this action.  (*See* Doc. No. 34.) BSC's motion was originally noticed for August 15, 2011 at 10:00 a.m.

4.     On July 11, 2011, the parties stipulated to continue the Scheduling Conference to August 26, 2011 to allow BSC's motion to dismiss to be heard prior to the Scheduling Conference and the submission of the joint scheduling conference statement.  (*See* Doc. No. 37.)

5.     On July 12, 2011, the Court issued an order granting the stipulation and setting the Scheduling Conference for August 26, 2011.  (*See* Doc. No. 38.)  Pursuant to the Court's October 21, 2010 Order (Doc. No. 6) a joint scheduling conference statement is due on or before August 19, 2011.

6.     On August 2, 2011, the Court issued a minute order continuing the hearing on BSC's motion to dismiss from August 15, 2011 to August 22, 2011.

7.     All parties have agreed and respectfully request that the Scheduling Conference be continued to September 16, 2011, or to a date preferred by this Court, in order for Defendants' Motion to Dismiss and Plaintiffs' Opposition thereto to be considered.

8.     There is good cause to continue the scheduling conference until after the Court issues a ruling on BSC's motion to dismiss.

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the Scheduling Conference currently set for August 26, 2011,

be continued to October 20,  2011,  or a date more convenient for the Court.

Dated:  August 16,  2011                    Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.


By:_____/s/ Natasha L. Mosley_____
            Darolyn Y. Hamada
            Natasha L. Mosley
         Attorneys for Defendant
      Boston Scientific Corporation

2

98474 V1

Dated:   August 16, 2011                    GIARDI KEESE


                                            By:_____/s/Amanda Kent_____
                                                (authorized on August 16, 2011)
                                                Thomas V. Girardi
                                                Amy F. Solomon
                                                Michael Kowsari
                                                Amanda Kent
                                                Attorneys for Plaintiff



        The Scheduling Conference scheduled for August 26, 2011, is hereby continued

to October 20, 2011.


        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: August 17, 2011 __                   /s/ OLIVER W. WANGER
                                            Honorable Oliver W. Wanger
                                            United States District Judge

98474 V1